IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ISIDRO GONZALEZ MORENO,                *

          Petitioner,                  *

vs.                                    *
                                              CASE NO. 4:12-CV-231 (CDL)
IMMIGRATION AND CUSTOMS                *
ENFORCEMENT, et al.,
                                       *
          Respondents.
                                       *

ORDER ON RECOMMENDATION OF DISMISSAL


        After a *de novo* review of the record in this case, the

Recommendation of Dismissal filed on January 7, 2013 is hereby

approved, adopted, and made the Order of the Court.

        The objections of the Petitioner have been considered and are

found to be without merit.

        IT IS SO ORDERED, this 29th day of January, 2013.



                                 s/Clay D. Land
                                 CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE